**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MEEKO JOHNSON** **PETITIONER**

**v.** **No. 4:26-cv-165-JDM-JMV**

**WARDEN, MARSHALL COUNTY CORRECTIONAL FACILITY** **RESPONDENT**

**ORDER DIRECTING STATE TO RESPOND**

Meeko Johnson, #154012, has filed a petition for relief under 28 U.S.C. § 2254. It is

**ORDERED:**

1. That no later than November 23, 2026, Respondent, through the Attorney General of the State of Mississippi, file an answer to this action, along with full and complete transcripts of all proceedings in the state courts of Mississippi arising from the charges of burglary of a dwelling with an intent to terrorize, armed robbery, kidnapping, and possession of a firearm by a convicted felon against the petitioner in the Circuit Court of Washington County, Mississippi (to the extent such are relevant to the State's response). If a response to any future motions is required, the Court will request one be filed.

2. That within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

3. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon the Attorney General of the State of Mississippi, or lawful successor, to Assistant Attorneys General Erin Rutherford and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of this lawsuit.

**SO ORDERED**, this, the 8th day of September, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGITRATE JUDGE**